UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RIVERA,<br>   Plaintiff,<br>  v.<br>T. ZEWART, et al.,<br>   Defendants. | Case No. 16-cv-04489-MEJ<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Dkt. No. 7 |

Good cause being shown, Plaintiff's request for an extension of time to file his amended complaint is GRANTED. Docket No. 7. Plaintiff shall file an amended complaint by February 20, 2017 that addresses the deficiencies identified in the Court's December 5, 2016 Order of Dismissal with Leave to Amend.

Plaintiff is reminded that the amended complaint must include the caption and civil case number used in this order, Case No. C 16-04489 MEJ (PR) and the words "AMENDED COMPLAINT" on the first page. If using the court form complaint, Plaintiff must answer all the questions on the form in order for the action to proceed.

Because an amended complaint completely replaces the previous complaints, Plaintiff must include in his amended complaint all the claims he wishes to present, including the claims which the Court has found cognizable, and all of the defendants he wishes to sue. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992). Plaintiff may not incorporate material from the prior complaint by reference. Failure to file an amended complaint in the time provided will result in dismissal of this action without further notice to Plaintiff.

//

//

1   This order terminates Docket No. 7.

2   **IT IS SO ORDERED.**

4   Dated: January 13, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge