UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RIVERA,<br>         Plaintiff,<br>  v.<br>T. ZEWART, et al.,<br>         Defendants. | Case No. 16-cv-04489-MEJ<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate at Salinas Valley State Prison ("SVSP") in Soledad, California, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On June 20, 2017, the Court dismissed Plaintiff's amended complaint with leave to amend certain claims, and directed Plaintiff to file a second amended complaint within twenty-eight days. Dkt. No. 10. On July 24, 2017 the Court granted Plaintiff a sixty-day extension of time to file the second amended complaint, noting that this action has been pending since August 6, 2016. Dkt. No. 12. The deadline has since passed and Plaintiff has failed to file a second amended complaint or otherwise communicate with the Court. Accordingly, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and deadlines.

**IT IS SO ORDERED.**

Dated: October 5, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge