UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>T. ZEWART, et al.,<br><br>    Defendants. | Case No. 16-cv-04489-MEJ<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal, the Court hereby DISMISSES this action without prejudice for failure to file a second amended complaint. The Clerk of the Court shall enter judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 5, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge